In the matter of the report of John D. McPherson, special commissioner in this case—
The court, upon due consideration of the said report, do disallow the following items and amounts reported by the commissioner :
Item No. 33................................. $42 28
Item No. 38................................ 678 5S
Item No. 39................................ 65 09
Item No. 40................................ 31 50
Item No. 43................................ 73 00
Item No. 45................................ 17 00
Item No. 55................................. 72 57
Making together Ihc sum of. 979 93
Allowance of commissioner..........$9,851 S3
Deduct amount above.............. 979 93
$8,871 90
We disallow also the item of $3,940 73, alllowed claimant for profits, and instead”allow him the sum of.................................. 1,500 00'
Making together tho sum of 10,371 90'
With these corrections, the report is confirmed. And we direct a-judgment in favor of the claimant for the sum of ten thousand three hundred and seventy'-one dollars and ninety cents. And the court further find the facts as reported by tho special commissioner in the case, and adopt the same as their finding in'the case.